

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2014

No. 04-14-00602-CR

Kenneth **MUNA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 12715CR
Robert Cadena, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The brief is deemed filed as of December 2, 2014.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court